IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 6 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01333-MSK-MEH

HARVEY L. BROWN,

    Plaintiff,

v.

SHAW INDUSTRIES,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated this 12th day of July, 2007

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01333-MSK-MEH

Harvey L. Brown
5546 Auckland Wy
Denver, CO 80239

US Marshal Service
Service Clerk
Service forms for: Shaw Industries

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Shaw Industries: TITLE VII COMPLAINT FILED 06/25/07, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 7/16/07

             GREGORY C. LANGHAM, CLERK

             By: _____
                Deputy Clerk