IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01333-MSK-KLM

HARVEY L. BROWN,

    Plaintiff(s),

v.

SHAW INDUSTRIES,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's Motion to Vacate Settlement Conference Scheduled for December 11, 2007 [Docket No. 24; Filed December 7, 2007] ("Motion No. 24"); and Defendant's Second Motion for Extension of Time to Take Deposition of Plaintiff Harvey Brown [Docket No. 25; Filed December 7, 2007] ("Motion No. 25").

IT IS HEREBY **ORDERED** that Motion No. 24 is **GRANTED**. The Settlement Conference set for December 11, 2007 at 1:30 p.m. is **vacated**. The parties or their representatives **shall** contact the Court to reschedule the Settlement Conference at a more appropriate time.

IT IS HEREBY **ORDERED** that Motion No. 25 is **GRANTED**. Defendant may depose Plaintiff no later than **May 1, 2008**.

Dated: December 10, 2007