IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01333-MSK-KMT

HARVEY L. BROWN,

    Plaintiff,

v.

SHAW INDUSTRIES,

    Defendant.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Defendant's "Unopposed Motion for Order Granting Leave to Attend Settlement Conference by Telephone" (#37, filed April 25, 2008) is DENIED. As stated in the order setting the settlement conference (#36, filed March 28, 2008), counsel shall have <u>parties present</u> who shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved. As Plaintiff was working locally, Defendant may have a local company representative, such as a manager, attend the settlement conference if the person with full monetary authority is available by telephone.

Dated: April 29, 2008