IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01333-MSK-KMT

HARVEY L. BROWN,

      Plaintiff,

v.

SHAW INDUSTRIES,

      Defendant.

---

**ORDER DISMISSING ALL CLAIMS, WITH PREJUDICE,
AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

---

THIS MATTER comes before the Court on the parties' Joint Stipulated Motion to Dismiss with Prejudice **(#42)**.

**IT IS ORDERED** that the motion is **GRANTED,** and all of the Plaintiff's claims are dismissed, with prejudice. The Clerk of Court is directed to close this case.

Dated this 4th day of June, 2008

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge